# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| In Re: | Case No: 10-05141BKT |
|---|---|
| AIDA GUZMAN VELEZ<br>DAVID RODRIGUEZ TORRENS | Chapter 13 |
| Debtor(s) | |

## **INFORMATIVE MOTION**

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule A.

2. That the reason for the amendments is to specify that property listed belongs only to debtor Ms. Aida Guzman Velez.

**WHEREFORE,** the it is respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 16th day of December of 2010.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

B6A (Official Form 6A) (12/07)

IN RE GUZMAN VELEZ, AIDA & RODRIGUEZ TORRENS, DAVID
    Debtor(s)

Case No. 10-05141
    (If known)

# AMENDED SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| PROPERTY LOCATEDA T 1832 CALLE ALCALA, URB COLLEGE PARK, SAN JUAN PR MADE OF CONCRETE 3 BDRS 2 1/2 BATHROOM. PROPERTY WAS ACQUIRED IN $62,500.00 OVER 20 YRS AGO. DEBTOR AIDA GUZMAN IS THE 100% OWNER OF PROPERTY | 100% | W | 223,000.00 | 122,000.00 |
| | | TOTAL | 223,000.00 | |

(Report also on Summary of Schedules)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE GUZMAN VELEZ, AIDA & RODRIGUEZ TORRENS, DAVID                Case No. 10-05141
                              Debtor(s)                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: December 16, 2010          Signature: /s/ AIDA GUZMAN VELEZ                                      Debtor
                                            AIDA GUZMAN VELEZ

Date: December 16, 2010          Signature: /s/ DAVID RODRIGUEZ TORRENS                     (Joint Debtor, if any)
                                            DAVID RODRIGUEZ TORRENS              [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                 _____
                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-05141-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Dec  6 12:06:26 AST 2010 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 |
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEE<br>P O BOX 364267<br>SAN JUAN, PR 00936-4267 |
| AMERICAN EXPRESS<br>P O BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 | American Express TRS Co Inc Latin American<br>Division<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BANK OF AMERICA<br>P O BOX 1532<br>WILMINGTON, DE 19899-1532 |
| COOPERATIVA A/C ANA G. MENDEZ<br>P.O. BOX 21150<br>SAN JUAN, PR  00928-1150 | COOPERATIVA A/C FAMILIAR PROGRESISTA<br>URB PUERTO NUEVO 479  AVE DE DIEGO<br>SAN JUAN, PR 00920-3706 | DORAL BANK<br>P O BOX 71529<br>SAN JUAN, PR  00936-8629 |
| DORAL BANK-CONSUMO<br>PO BOX 363814<br>SAN JUAN, PR 00936-3814 | FRANCISCO GUZMAN RIVERA<br>EGIDA DEL MAESTRO<br>399 SARGENTO MEDINA APT 601<br>SAN JUAN, PR 00918-3824 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| NILSA HERNANDEZ GONZALEZ<br>1002 ARGELIA<br>PUERTO NUEVO<br>SAN JUAN, PR  00920-4145 | SCOTIABANK<br>P.O. BOX 362649<br>SAN JUAN, PR  00936-2649 | SCOTIABANK DE PUERTO RICO<br>G.P.O. BOX 362649<br>SAN JUAN, PUERTO RICO 00936-2649 |
| AIDA GUZMAN VELEZ<br>1832 ALCALA<br>URB COLLEGE PARK<br>SAN JUAN, PR 00921-4343 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DORAL BANK<br>PO BOX 70308<br>SAN JUAN,PR 00936-8308 | (d)eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | End of Label Matrix<br>Mailable recipients    21<br>Bypassed recipients     2<br>Total                  23 |