IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

AIDA GUZMAN VELEZ

XXX-XX-3054

Debtor(s)

CASE NO. 10-05141 BKT

Chapter 13

FILED & ENTERED ON 12/30/2010

## ORDER DISCHARGING TRUSTEE

The instant case has been consolidated. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

In San Juan, Puerto Rico, this 30 day of December, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: ALEJANDRO OLIVERAS RIVERA