IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

AIDA GUZMAN VELEZ

XXX-XX-3054

Debtor(s)

CASE NO. 10-05141 BKT

Chapter 13

FILED & ENTERED ON 12/30/2010

ORDER DISCHARGING TRUSTEE

The instant case has been consolidated. The duly appointed chapter 13 trustee in the above mentioned case, has rendered a full and complete account of his administration of the estate. Accordingly, it is now

ORDERED that the Chapter 13 Trustee be and is hereby discharged, that the bond of trustee be cancelled and the surety thereon released from further liability thereunder.

SO ORDERED.

In San Juan, Puerto Rico, this 30 day of December, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

CC: ALEJANDRO OLIVERAS RIVERA

# CERTIFICATE OF NOTICE

```
District/off: 0104-3          User: borregom            Page 1 of 1              Date Rcvd: Dec 30, 2010
Case: 10-05141                Form ID: pdf002           Total Noticed: 1
```

The following entities were noticed by first class mail on Jan 01, 2011.
db           +AIDA GUZMAN VELEZ,   1832 ALCALA,   URB COLLEGE PARK,   SAN JUAN, PR 00921-4343

The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 01, 2011**                    **Signature:**           *Joseph Speetjens*