IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| RE<br><br>AIDA GUZMAN VELEZ<br>DAVID RODRIGUEZ TORRENS<br><br>DEBTOR | CASE NO. 10-05141 BKT<br><br>CHAPTER 13 |
|---|---|

# INFORMATIVE MOTION

TO THE HONORABLE COURT:

    **NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is submitting the amendments to Schedule C form.

2. That the reason for the amendments is to correct claim exemption obtained over property.

    **WHEREFORE,** the it is respectfully requests this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact believe copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

    **In San Juan, Puerto Rico this 9th day of February of 2011.**

                                                JPC LAW OFFICE

                                                Jose M Prieto Carballo, Esq
                                                P.O. Box 363565
                                                San Juan, P.R. 00936-3565
                                                Tel (787) 607-2066 & Tel (787) 607-2166
                                                jpc@jpclawpr.com

                                                By: /s/ Jose M Prieto Carballo, Esq.

IN RE GUZMAN VELEZ, AIDA & RODRIGUEZ TORRENS, DAVID              Case No. 10-05141
                         Debtor(s)                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| PROPERTY LOCATED AT 1832 CALLE ALCALA, URB COLLEGE PARK, SAN JUAN PR MADE OF CONCRETE 3 BDRS 2 1/2 BATHROOM. PROPERTY WAS ACQUIRED IN $62,500.00 OVER 20 YRS AGO. DEBTOR AIDA GUZMAN IS THE 100% OWNER OF PROPERTY | 11 USC § 522(d)(1) | 21,625.00 | 223,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| HOUSEHOLD GOODS | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 1,050.00 | 1,050.00 |
| JEWELRY | 11 USC § 522(d)(4) | 650.00 | 650.00 |
| 1999 FORD ECONOLINE E150 CARGO VAN | 11 USC § 522(d)(2) | 3,200.00 | 3,200.00 |
| 2002 HYUNDAI SANTA FE | 11 USC § 522(d)(5) 11 USC § 522(d)(5) | 2,300.00 700.00 | 3,000.00 |
| 2002 ISUZU TROOPER | 11 USC § 522(d)(2) | 2,500.00 | 2,500.00 |
| MERCHANDISE BOUGTH FOR BUSSINESS INCLUDING BUT NOT LIMMITED TO "REVIVE PILS", HAND SANITISERS AND OTHER GOODS. | 11 USC § 522(d)(5) | 4,000.00 | 4,000.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE GUZMAN VELEZ, AIDA & RODRIGUEZ TORRENS, DAVID  Case No. 10-05141
              Debtor(s)                                          (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___15___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: February 9, 2011        Signature: /s/ AIDA GUZMAN VELEZ
                                         AIDA GUZMAN VELEZ                          Debtor

Date: February 9, 2011        Signature: /s/ DAVID RODRIGUEZ TORRENS
                                         DAVID RODRIGUEZ TORRENS              (Joint Debtor, if any)
                                         [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____                    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer     Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____                    _____
Signature of Bankruptcy Petition Preparer                     Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                 (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 10-05141-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon Dec  6 12:06:26 AST 2010 | DORAL BANK<br>PO BOX 70308<br>SAN JUAN, PR 00936-8308 | RECOVERY MANAGEMENT SYSTEMS CORP<br>RAMESH SINGH<br>25 SE 2ND AVE STE 1120<br>MIAMI, FL 33131-1605 |
| eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 | US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | AEE<br>P O BOX 364267<br>SAN JUAN, PR 00936-4267 |
| AMERICAN EXPRESS<br>P O BOX 360001<br>FORT LAUDERDALE, FL 33336-0001 | American Express TRS Co Inc Latin American<br>Division<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | BANK OF AMERICA<br>P O BOX 1532<br>WILMINGTON, DE 19899-1532 |
| COOPERATIVA A/C ANA G. MENDEZ<br>P.O. BOX 21150<br>SAN JUAN, PR  00928-1150 | COOPERATIVA A/C FAMILIAR PROGRESISTA<br>URB PUERTO NUEVO 479  AVE DE DIEGO<br>SAN JUAN, PR 00920-3706 | DORAL BANK<br>P O BOX 71529<br>SAN JUAN, PR  00936-8629 |
| DORAL BANK-CONSUMO<br>PO BOX 363814<br>SAN JUAN, PR 00936-3814 | FRANCISCO GUZMAN RIVERA<br>EGIDA DEL MAESTRO<br>399 SARGENTO MEDINA APT 601<br>SAN JUAN, PR 00918-3824 | Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| NILSA HERNANDEZ GONZALEZ<br>1002 ARGELIA<br>PUERTO NUEVO<br>SAN JUAN, PR  00920-4145 | SCOTIABANK<br>P.O. BOX 362649<br>SAN JUAN, PR  00936-2649 | SCOTIABANK DE PUERTO RICO<br>G.P.O. BOX 362649<br>SAN JUAN, PUERTO RICO 00936-2649 |
| AIDA GUZMAN VELEZ<br>1832 ALCALA<br>URB COLLEGE PARK<br>SAN JUAN, PR 00921-4343 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)DORAL BANK<br>PO BOX 70308<br>SAN JUAN,PR 00936-8308 | (d)eCAST Settlement Corporation<br>POB 29262<br>New York NY 10087-9262 | End of Label Matrix<br>Mailable recipients     21<br>Bypassed recipients      2<br>Total                   23 |